NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**JOHN A. WRIGHT,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

—————————

2024-1306

—————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-4529, Judge Grant Jaquith.

—————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                                WRIGHT V. MCDONOUGH

(2)  Each side shall bear their own costs.


                                                          FOR THE COURT


August 20, 2024                              Jarrett B. Perlow
        Date                                     Clerk of Court


**ISSUED AS A MANDATE:** August 20, 2024